UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA M. CAPEZZA,

                Plaintiff,

-v-

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

                Defendant.

CIVIL ACTION NO. 25 Civ. 6888 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Standing Order staying certain civil cases pending the restoration of Department of Justice funding (Dkt. No. 6) and the government shutdown having ended as of November 12, 2025, the stay in this case is LIFTED. Accordingly, the parties are directed to adhere to the following deadlines:

- Commissioner shall file the certified administrative record by **December 22, 2025**;
- Plaintiff shall file her motion for judgment on the pleadings (the "Motion") by **January 21, 2026**;
- Commissioner shall respond to the Motion by **February 20, 2026**;
- Plaintiff shall file her reply in further support of the Motion by **March 6, 2026**.

Dated:     New York, New York
            November 18, 2025         SO ORDERED.

                                                                                                */s/ Sarah L. Cave*
                                                                                 **SARAH L. CAVE**
                                                                                  **United States Magistrate Judge**