**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
ANGELA M. CAPEZZA,

                          Plaintiff,                    25 **CIVIL** 06888 (SLC)

          -v-                                           **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
--------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons
stated in the Court's Stipulation and Order dated March 24, 2026, the Commissioners decision
be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner
of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further
administrative proceedings and a new decision. On remand, Plaintiff will be offered the
opportunity for a new hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

          March 25, 2026


                                        **TAMMI M. HELLWIG**
                                    _____
                                          **Clerk of Court**

                          **BY:**
                                    _____
                                          **Deputy Clerk**